IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

-vs-                                                            Case No. A-14-CA-158-SS

FRANK PERKINS HIXON, JR., ET AL,
Defendant.

# JUDGMENT

BE IT REMEMBERED on the 17th day of April 2015, the Court entered three orders of judgment [##58–60] in this case which resolve all outstanding issues against each individual defendant. As no further issues remain live, and noting final disposition of this matter requires a single final judgment be entered against all defendants, the Court now enters the following judgment:

IT IS ORDERED, ADJUDGED, and DECREED that the "Final Judgment of Defendant Frank Perkins Hixon, Jr." [#58], the "Final Judgment of Relief Defendant Frank P. Hixon, Sr. [#59], and the "Final Judgment of Relief Defendant Destiny W. Robinson" [#60] are adopted by reference and incorporated herein in their entirety; and

IT IS FINALLY ORDERED, ADJUDGED, and DECREED that all proceedings in this case are concluded. Accordingly, the Clerk is ordered to CLOSE this case.

SIGNED this the 20th day of April 2015.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

158 final judgmnt ba.frm